IN THE MATTER OF THE APPLICATION OF THE COUNTY OF MONMOUTH v. TO FIX THE COMPENSATION TO BE PAID FOR THE PROPERTY OF ROBERT J. WISSELL AND BARBARA J. WISSELL.

January 29, 1975. Motion for leave to appeal from Superior Court, Appellate Division granted.

IN RE: THOMAS A. GERAGHTY.

January 29, 1975. Certification to Somerset County Court granted.

STATE OF NEW JERSEY v. ALAN ANDERSON.

January 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. TYRONE BEST.

January 29, 1975. Petition for certification denied. Cross-petition for certification granted.

STATE OF NEW JERSEY. v.
BENJAMIN A. CHRISTENER, JR.

January 29, 1975. Petition for certification granted.

JUDITH VICKERS v. CHARLES VICKERS.

January 29, 1975. Petition for certification denied.